# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

**Civil Action No. 21-cv-2819-RMR-MEH**

ESTATE OF ZACHARY GIFFORD;

    Plaintiff,

v.

TRACY WEISENHORN, individually;
QUINTEN STUMP, individually;
CASEY SHERIDAN, individually;
SHERIFF FORREST FRAZEE, in his official capacity;
BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF KIOWA, a/k/a KIOWA COUNTY, COLORADO;

    Defendants.

## STIPULATION OF DISMISSAL WITH PREJUDICE

The Plaintiff, the County and Sheriff Frazee stipulate and jointly move the Court as follows:

1. A global settlement has been reached concerning all claims and parties which has now been paid by the County.

2. Pursuant to the parties Settlement Agreement and Release, the undersigned jointly move the Court to dismiss the entire case with prejudice.

3. As part of the settlement, all parties agree that they shall pay their own attorney fees and costs.

Wherefore the parties jointly move the Court to dismiss the entire case with prejudice and further order that all parties shall bear their own attorney fees and costs.

Respectfully submitted this 6th day of May, 2022.

*/s/ John R. Holland*
John R. Holland
Anna Holland Edwards
HOLLAND, HOLLAND EDWARDS & GROSSMAN
1437 High St.
Denver, CO 80218
john@hheglaw.com
anna@hheglaw.com
*Attorneys for Plaintiff*

*/s/ James D. Murdock*
James D. Murdock
Michael A. Shumrick
TAYLOR | ANDERSON, LLP
1670 Broadway, Suite 900
Denver, CO 80202
jmurdock@talawfirm.com
mshumrick@talawfirm.com
*Attorneys for Defendants Kiowa County & Sheriff Frazee*

*/s/ William T. O'Connell*
William T. O'Connell
WELLS, ANDERSON & RACE, LLC
1700 Broadway, Suite 1020
Denver, CO 80290
woconnell@warllc.com
*Attorney for Defendants Kiowa County & Sheriff Frazee*

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of May, 2022, the foregoing was filed using the CM/ECF system. I hereby certify I will send electronic notification of said filing to the following recipients.

James D. Murdock
Michael A. Shumrick
TAYLOR | ANDERSON, LLP
jmurdock@talawfirm.com
mshumrick@talawfirm.com
*Attorneys for Defendants Kiowa County & Sheriff Frazee*

William T. O'Connell
WELLS, ANDERSON & RACE, LLC
woconnell@warllc.com
*Attorney for Defendants Kiowa County & Sheriff Frazee*

Ann Smith
Gordon Vaughn
VAUGHAN & DEMURO
asmith@vaughandemuro.com
gvaughan@vaughandemuro.com
*Attorneys for Defendant Weisenhorn*

Andy Nathan
Ashley Hernandez-Schlagel
NATHAN DUMM & MAYER, PC
anathan@ndm-law.com
aschlagel@ndm-law.com
*Attorneys for Defendant Stump*

DJ Goldfarb
Josh Marks
BERG HILL GREENLEAF RUSCITTI, LLP
djg@bhgrlaw.com
jam@bhgrlaw.com
*Attorneys for Defendant Sheridan*

*/s/ Brooke Thiele-LaForest*
Brooke Thiele-LaForest, Paralegal