# UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

Civil Action No. 21-cv-2819-RMR-MEH

ESTATE OF ZACHARY GIFFORD;

    Plaintiff,

v.

TRACY WEISENHORN, individually;
QUINTEN STUMP, individually;
CASEY SHERIDAN, individually;
SHERIFF FORREST FRAZEE, in his official capacity;
BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF KIOWA, a/k/a KIOWA COUNTY, COLORADO;

    Defendants.

## ORDER FOR DISMISSAL

THIS MATTER having come before the Court on the parties' STIPULATION OF DISMISSAL WITH PREJUDICE, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the Court being fully advised in the premises, it is hereby ORDERED that the above-captioned matter is dismissed, with prejudice, with each party to bear their own attorney's fees and costs.

ENTERED this 6th day of May, 2022.

BY THE COURT:

_____
REGINA M. RODRIGUEZ
United States District Judge